# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131941

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JORGE LOPEZ,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 131941
COA: 261969
Wayne CC: 04-011819-01

      On order of the Court, the application for leave to appeal the July 20, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

s1120

                        Clerk